IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60700
Conference Calendar

_____


CURTIS ANTONIO WAY,

                                        Plaintiff-Appellant,


versus

RICHARD L. DOUGLASS, District Attorney; DEBORAH WILLIAMS,
County Attorney; RICHARD COWART, Justice Court Judge;
LAWRENCE W. HOLLIDAY, Sheriff; HOLLIS RAWLS, Chief Jailor;
LARRY DAVIS, Deputy Sheriff,

                                        Defendants-Appellees.


- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:89-CV-820-GR
- - - - - - - - - - -
August 22, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Curtis Antonio Way, # 59282, appeals the denial of his
motion for leave to file an out-of-time appeal.  Way's motion is
a successive motion pursuant to Fed. R. Civ. P. 60(b) and is not
reviewable by this court.  Latham v. Wells Fargo Bank, N.A., 987

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

F.2d 1199, 1202 (5th Cir. 1993). Accordingly, we DISMISS this appeal for lack of appellate jurisdiction.

We note that Way has unsuccessfully attempted to appeal two prior times in this action. Way is warned that his habit of attempting to appeal from non-appealable orders may result in the imposition of sanctions.

APPEAL DISMISSED; SANCTION WARNING ISSUED.